**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Cory Paul Roy
Attorney at Law
P. O. Box 544
Marksville LA 71351

**REHEARING ACTION: January 21, 2015**

**Docket Number: 14   00692-CA**

**KILPATRICK INVESTMENTS, INC.**
**VERSUS**
**T. T. LABORDE D/B/A T. T. LABORDE HEATING-AIR-ELECTRICAL**

**Appealed from Avoyelles Parish Case No. 2004-6323-A**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kilpatrick Investments, Inc.** has this day been

> **DENIED.**

cc: John Taylor Bennett, Counsel for the Appellee